**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ATLANTIC WIND, LLC | : No. 159 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| ZONING HEARING BOARD OF PENN | : |
| FOREST TOWNSHIP | : |
| | : |
| | : |
| PETITION OF: FORTY-TWO INTERVENORS | : |
| | : |
| | : |
| | |
| ATLANTIC WIND, LLC | : No. 160 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| PENN FOREST TOWNSHIP ZONING | : |
| HEARING BOARD | : |
| | : |
| | : |
| PETITION OF: FORTY-TWO INTERVENORS | : |
| | : |
| | : |
| | |
| BETHLEHEM AUTHORITY | : No. 161 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| PENN FOREST TOWNSHIP ZONING | : |
| HEARING BOARD | : |
| | : |
| | : |
| PETITION OF: FORTY-TWO INTERVENORS | : |
| | : |
| | : |

| BETHLEHEM AUTHORITY, | : | No. 162 MAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| THE ZONING HEARING BOARD OF | : | |
| PENN FOREST TOWNSHIP | : | |
| | : | |
| | : | |
| PETITION OF: FORTY-TWO INTERVENORS | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.